UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

**AMERICAN GENERAL LIFE INSURANCE
COMPANY,**
                    **Plaintiff,**

v.                                                            Case No:  **6:13-cv-306-Orl-18TBS**

**JAMANE L. SHELTON,**
                    **Defendant.**

_____

## ORDER

The case was referred to the United States Magistrate Judge for report and

recommendation on Plaintiff's Motion for Entry of Final Default Judgment (Doc. 12).  The Court

having reviewed the report and recommendation of the magistrate judge, and there being no

objections to the report filed by the defendant, it is hereby

**ORDERED** that the report and recommendation of the magistrate judge is hereby

**APPROVED.**  The Motion for Entry of Final Default Judgment is **GRANTED.**  Clerk of the

Court shall enter judgment in favor of the Plaintiff declaring that American General Life

Insurance Policy number YMD7220268 is null and void ab initio and Plaintiff has no obligations

under the policy.  Clerk of the Court shall **CLOSE** the case.

**DONE AND ORDERED** at Orlando, Florida, this ⎰ / / ⎱ day of June, 2013.

⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯
                                        G. KENDALL SHARP
                        SENIOR UNITED STATES DISTRICT JUDGE

Copies to:      Counsel of Record